No. 89–6119.   RODRIGUEZ v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 89–6137.   RUSCOE v. CONNECTICUT.   Sup. Ct. Conn. Certiorari denied.

No. 89–6139.   POWELL v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 89–6152.   CHAVEZ v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 89–6154.   BIG EAGLE v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 89–6158.   TINSLEY v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 89–6160.   NASH v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 89–6169.   BALLARD v. VOLUNTEERS OF AMERICA ET AL. C. A. 4th Cir.   Certiorari denied.

No. 89–6185.   IGNATIUS v. IMMIGRATION AND NATURALIZATION SERVICE; and IN RE IGNATIUS.   C. A. 5th Cir.   Certiorari denied.   Reported below: 889 F. 2d 272 (first case).

No. 89–6187.   SPINKS v. DIXON, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 89–6198.   GARZA v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 89–6200.   CHAPEL v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 89–6206.   WRIGHT v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 89–6207.   EIERLE v. FLORIDA.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.

No. 89–6208.   EIERLE v. LAMBDIN, SUPERINTENDENT, GLADES CORRECTIONAL INSTITUTE, ET AL.   C. A. 11th Cir. Certiorari denied.